# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00185-CV

### A. R., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-13-005220
### THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on April 3, 2015. To date, the reporter's record has not been filed, nor has LaSonya Thomas responded to our recent attempts to communicate with her about this cause.

Accordingly, Ms. Thomas is hereby ordered to file the reporter's record in this case on or before May 4, 2015. *See* Tex. R. App. P. 28.4(b)(2) (cumulative extensions of time for filing of reporter's record in termination case may not exceed 30 days); *id.* R. 35.3(c) (in accelerated appeal, extensions of time to file reporter's record limited to 10 days). If the record is not filed by that date, Thomas may be required to show cause why she should not be held in contempt of court.

It is ordered on April 27, 2015.

Before Justices Puryear, Pemberton and Bourland